# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00078-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DOUGLAS AARON HOLCOMB, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 23] and the Magistrate Judge's Memorandum and Recommendation regarding the disposition of that motion [Doc. 31].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the Defendant's motion to suppress and to submit recommendations for its disposition.

On December 4, 2020, the Magistrate Judge entered a Memorandum and Recommendation containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 31]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within

fourteen (14) days of service.  The deadline for the filing of objections has now passed, and the parties have not filed any objections to the Memorandum and Recommendation.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's motion to suppress be denied as moot.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 31] is **ACCEPTED**, and the Defendant's Motion to Suppress [Doc. 23] is **DENIED**.

**IT IS SO ORDERED**.

Signed: December 23, 2020

Martin Reidinger
Chief United States District Judge